No. 70–75.  Moose Lodge No. 107 *v.* Irvis et al. Appeal from D. C. M. D. Pa.  [Probable jurisdiction postponed, 401 U. S. 992.]  Motions of Washington State Federation of Fraternal, Patriotic, City & Country Clubs, Lawyers' Committee for Civil Rights Under Law, Benevolent & Protective Order of Elks of the United States, and American Jewish Committee et al. for leave to file briefs as *amici curiae* granted.

No. 70–78.  Affiliated Ute Citizens of Utah et al. *v.* United States et al.  C. A. 10th Cir.  [Certiorari granted, 402 U. S. 905.]  Motions of Ute Indian Tribe of Uintah and Ouray Reservations et al., and Native American Rights Fund for leave to file briefs as *amici curiae* granted.  Upon consideration of motion of the Solicitor General for additional time for oral argument, petitioners allotted 40 minutes for oral argument; the Solicitor General allotted 20 minutes and other respondents allotted 20 minutes for oral argument.

No. 70–88.  S&E Contractors, Inc. *v.* United States. Ct. Cl.  [Certiorari granted, 402 U. S. 971.]  Motion of American Bar Assn. for leave to participate in oral argument as *amicus curiae* denied.

No. 70–90.  Schilb et al. *v.* Kuebel et al.  Appeal from Sup. Ct. Ill.  [Probable jurisdiction noted, 402 U. S. 928.]  Motion of Frederick Douglas Andrews for leave to file a brief as *amicus curiae,* to dispense with printing, and for leave to participate in oral argument as *amicus curiae* denied.

No. 70–113.  Ford Motor Co. *v.* United States et al. Appeal from D. C. E. D. Mich.  [Probable jurisdiction noted, 403 U. S. 903.]  Joint motion for additional time for oral argument granted, and both appellant and appellees granted 15 additional minutes for oral argument.